# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CR 2:16-027-2 |
| ) | |
| GLADYS MARIE MORAN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is Defendant Gladys Moran's motion for early termination of supervised release, dkt. no. 415, to which the Government has responded in opposition, dkt. no. 416. For the reasons below, Defendant's motion is **DENIED**.

### BACKGROUND

Pursuant to a written plea agreement, Defendant pleaded guilty to distribution of cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2. Dkt. Nos. 204, 312. In July 2017, the Court sentenced Defendant to fifty-seven months' imprisonment, to be followed by three years of supervised release. Dkt. No. 312.

Defendant was released from Bureau of Prisons' custody on or about October 7, 2021. Defendant has served approximately fourteen months of her thirty-six-month term of supervision and

now moves the Court for early termination of same. Dkt. No. 415.

Defendant argues that, since her release from Bureau of Prisons' custody, she has fully complied with the conditions of her supervision, maintained employment, remained active in church, and engaged in community service activities. Id. at 1. Defendant also asserts that she has completed two years of supervised release. Id. However, Defendant is mistaken—she has completed only fourteen months of her thirty-six-month term of supervision. It is typically the policy of the United States Probation Office to require offenders to serve at least one-half of their term of supervision before recommending early termination of same. As part of the underlying offense, Defendant played an active role in a drug distribution conspiracy. And, notably, Defendant received a favorable plea agreement, avoiding a much lengthier imprisonment sentence.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such

2

action is warranted by the conduct of the defendant released and in the interests of justice."

While the Court commends Defendant for making positive strides while under supervision, the Court must carefully weigh a favorable adjustment to Defendant's supervision against her offense of conviction. After consideration, the Court **DENIES** Defendant's motion. Dkt. No. 415.

**SO ORDERED** this  12  day of December, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA